Elliot S. Blut, Esq. (Nevada Bar No. 6570)
BLUT LAW GROUP, PC
300 South Fourth Street, Suite 701
Las Vegas, NV 89101
Telephone: (702) 384-1050 / Facsimile: (702) 384-8565
E-mail: eblut@blutlaw.com

Attorneys for Plaintiff, NATALIE RHONE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| NATALIE RHONE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WYNN LAS VEGAS L.L.C., a Nevada limited liability company,<br><br>Defendant. | Case No. 2:18-cv-01327-GMN-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

COMES NOW Plaintiff NATALIE RHONE, an individual, by and through her attorney, Blut Law Group, PC; and Defendant WYNN LAS VEGAS L.L.C., a Nevada limited liability company, by and through its attorney, Marquis Aurbach Coffing, and hereby stipulate to DISMISSING this action with prejudice, each party to bear their own attorney's fees and costs.

DATED this 27th day of September, 2019.

BLUT LAW GROUP, PC                          MARQUIS AURBACH COFFING

By: */s/ Elliot S. Blut*           .        By: */s/ Nick D. Crosby*           .
    Elliot S. Blut, Esq.                         Nick D. Crosby, Esq.
    Nevada State Bar No. 6570                    Nevada State Bar No. 8996
    300 South Fourth Street, Suite 701           10001 Park Run Drive
    Las Vegas, NV 89101                          Las Vegas, NV 89145
*Attorneys for Plaintiff NATALIE RHONE*      *Attorneys for Defendant WYNN LAS VEGAS L.L.C.*

| | |
|---|---|
| 1 | **ORDER** |
| 2 | PURSUANT to the parties' stipulation, |
| 3 | **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the parties' |
| 4 | Stipulation for Dismissal, (ECF No. 17), of this action with prejudice is GRANTED. |
| 5 | **IT IS SO ORDERED.** |
| 6 | **DATED** this __7__ day of October, 2019. |

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b), I hereby certify that I am an employee of BLUT LAW GROUP, PC, and that on the **October 4, 2019**, I caused a true copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL** to be electronically served on the following via the email addresses indicated below:

Nick D. Crosby, Esq.		ncrosby@maclaw.com

					_/s/ Linda Dinerstein_
					An Employee of Blut Law Group, PC